No. 82–5996.  YOUNG v. MIROCK, SPECIAL AGENT, BUREAU OF ALCOHOL, TOBACCO AND FIREARMS, ET AL.; and

YOUNG v. REED, U. S. DISTRICT JUDGE. C. A. 11th Cir. Certiorari denied.